**SUPPRESSED**

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SEP 19 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. _07-30142-WDS-CJ1_ |
| | ) | |
| BOBBY ROBINSON, | ) | Title 21 |
| | ) | United States Code |
| Defendant | ) | Section 841(a)(1) and 841(b)(1)(A) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about December 19, 2006, in St. Clair County, in the Southern District of Illinois,

**BOBBY ROBINSON,**

defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing cocaine base, in the form commonly known as "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

_____
FOREPERSON

_____
DANIEL T. KAPSAK
Assistant United States Attorney

_____
RANDY G. MASSEY
United States Attorney

Recommended Bond: Detention