IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

DEC 20 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 07-30142-WDS |
| | ) | |
| BOBBY ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Comes now Randy G. Massey, Assistant United States Attorney for the Southern District
of Illinois, and Daniel T. Kapsak, Assistant United States Attorney for said District, and herewith
enters into the following Stipulation of Facts with the defendant,

1.     On December 19, 2006, the Defendant was the driver of a vehicle that was
stopped by Pontoon Beach police officers for having illegally tinted windows and
because the officers had earlier noticed marijuana residue in the ashtray of the
vehicle while canvassing a Best Western Hotel in Pontoon Beach.  Following the
traffic stop, police officers noticed a strong smell of marijuana emanating from the
Defendant's vehicle.  While investigating the Defendant's conduct, agents
discovered a bag containing marijuana in the Defendant's front pants pocket as
well as small bags of marijuana, cocaine hydrochloride, and cocaine base
("crack"), in the vehicle.  Subsequent analysis proved that there was 83.2 grams of
cocaine base, 79.6 grams of cocaine hydrochloride, and 70.3 grams of marijuana.

2.     The Defendant admitted to DEA agents that he had purchased approximately thirteen and a half ounces of cocaine hydrochloride over the previous six months, as well as four and half pounds of marijuana from his source during the previous year.

3.     The Defendant agrees that the act alleged in Count One occurred within St. Clair County, which is within the Southern District of Illinois.

**<u>SO STIPULATED:</u>**

RANDY G. MASSEY
Acting United States Attorney

_____
BOBBY ROBINSON
Defendant

_____
DANIEL T. KAPSAK
Assistant United States Attorney

_____
DANIEL G. CRONIN
Attorney for Defendant

Date: _12-20-07_____

Date: _12/20/07_____

2