PROB 12C
(ILSP 11/11)

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois
### Petition for Warrant or Summons for Person Under Supervision

Name of Person Under Supervision:  Bobby  Robinson          Docket No. 0754 3:07CR30142-001

Register Number: 07846-025

Name of Sentencing Judicial Officer:  Honorable William D. Stiehl, Senior U.S. District Judge

Name of Assigned Judicial Officer:  Honorable Staci M. Yandle, U.S District Judge

Date of Original Sentence:  April 21, 2008

Original Offense:     Ct. 1: Possession with Intent to Distribute Cocaine Base

Original Sentence:   Ct. 1: 120 months' Bureau of Prisons, followed by 60 months' Supervised Release

Type of Supervision:  Supervised Release          Date Supervision Commenced:  September 18, 2015

Date of First Revocation:  May 3, 2018

Basis for First Revocation:   Committed the offenses of Driving the Wrong Direction on Highway Into Two or More Roadways, Driving While Intoxicated, Possession of a Controlled Substance, Narcotics Delivery or Possession at County Jail, and False Statements; unlawfully possessed amphetamines, methamphetamines and cocaine; left the district without permission; used alcohol in excess; and associated with a person engaged in criminal activity.

Revocation Sentence:  Ct. 1: 12 months' Bureau of Prisons, followed by 60 months' Supervised Release

Date Supervision Commenced After Revocation:  March 5, 2019

Date of Second Revocation:  February 18, 2021

Basis for Second Revocation: Committed the offense of Conspiracy to Distribute > 500 Grams of Cocaine; knowingly met with Terrell Reid, who was engaged in criminal activity; and visited a place in St. Charles, Missouri, where controlled substances were illegally sold.

Revocation Sentence:  Ct. 1: 37 months' Bureau of Prisons, followed by 60 months' Supervised Release

Date Supervision Commenced After Revocation:  March 27, 2023

Custody Status:   Mr. Robinson remains in the community under supervision.

Assistant U.S. Attorney:  William E. Coonan          Defense Attorney: Stephen C. Williams

---

### PETITIONING THE COURT

[X]     To issue a **WARRANT**

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

**Person Under Supervision Name:  Bobby  Robinson**
**Docket Number:  0754 3:07CR30142-001**

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory | The defendant shall not commit another federal, state, or local crime. |
| | On or about April 8, 2024, Mr. Robinson committed the offense of Improper Lane Usage and Driving on Revoked Driver's License. |
| | On or about July 18, 2025, Mr. Robinson committed the offenses of Unlawful Possession of a Machine Gun and Felon in Possession of a Firearm. |
| | On or about July 25, 2025, Mr. Robinson committed the offense of Aggravated Domestic Battery-Strangle. |
| Administrative | The defendant shall not knowingly possess a firearm, ammunition, or destructive device. The defendant shall knowingly possess a dangerous weapon unless approved by the Court. |
| | On or about July 18, 2025, Mr. Robinson knowingly possessed a firearm. |
| Administrative | The defendant shall notify the probation officer prior to an expected change, or with seventy-two hours after an unexpected change, in residence or employment. |
| | On July 25, 2025, it was discovered that Mr. Robinson changed his residence without properly notifying his probation officer. |
| Administrative | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |
| | Mr. Robinson failed to notify his probation officer within 72-hours that he was cited by the Cahokia Heights, Illinois Police Department on or about April 8, 2024. |
| Special | The defendant shall abstain from the use and/or possession of all alcoholic beverages. The defendant shall abstain from the use and/or possession of any other substances for the purpose of intoxication. The defendant shall not enter or patronize establishments where intoxicants are the primary item of sale, such as bars, lounges, and night clubs. |
| | On June 28, 2023, Mr. Robinson admitted to consuming alcohol, on or about June 27, 2023. |
| | On July 11, 2023, Mr. Robinson admitted to consuming alcohol on or about July 9, 2023. |
| | On May 17, 2024, Mr. Robinson admitted to consuming alcohol on or |

**Person Under Supervision Name:  Bobby  Robinson**
**Docket Number:  0754 3:07CR30142-001**

about May 15, 2024.

On March 26, 2025, Mr. Robinson admitted to consuming alcohol on or about March 25, 2025.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
☒    revoked
☐    extended for * years, for a total term of * years.
☐    The conditions of supervision should be modified as follows:
☐    Other

I declare under penalty of perjury that the forgoing is true and correct.

by    _____
Cole E. Hammel
U.S. Probation Officer

Date:  July 31, 2025

This document has been reviewed and approved.

by    _____
Jacob J. Keane
Supervisory U.S. Probation Officer

Date:  July 31, 2025

THE COURT ORDERS:
☐    Submit a Request for Modifying the Condition or Term of Supervision
☒    The Issuance of a Warrant
☐    The Issuance of a Summons
☐    Other

_____
Honorable Staci M. Yandle
U.S. District Judge

August 1, 2025
_____
Date