IN THE UNITED SATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2007-cr-30142-SMY |
| | ) | |
| BOBBY ROBINSON | ) | |
| | ) | |
| Defendants. | ) | |

MOTION TO CONSOLIDATE

NOW COMES the Defendant Bobby Robinson by his attorney William D. Stiehl and prays this Honorable Court to consolidate case number 2007-cr-30142 and 2023-cr-30080 for hearing and for reasons states:

1. Motions for revocation of supervised release have been filed against Defendant Bobby Robinson in this case and in 2023-cr-30080.

2. Some of the allegations in the motions to revoke supervised release are identical in both cases, and both cases have been assigned to this Honorable Court.

3. It is in the interest of judicial economy that both cases be consolidated for hearing.

WHEREFORE, Defendant Bobby Robinson prays this Honorable Court to enter an order consolidating case number 2007-cr-30142 and 2023-cr-30080 for hearing and for such other and further relief as this Court may deem just.

Respectfully submitted,

**MATHIS, MARIFIAN & RICHTER, LTD.**

By:   /s/ William D. Stiehl Jr.
      William D. Stiehl, Jr., #2736209
      23 Public Square, Suite 300
      P. O. Box 307

4906-3706-8648, v. 1

Belleville, Illinois  62220
Ph: (618) 234-9800
Fax: (618) 234-9786
wstiehl@mmrltd.com

4906-3706-8648, v. 1

## Certificate of Service

I hereby certify that, on September 11th, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Illinois by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ William D. Stiehl Jr.