IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT COURT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07-30142-SMY |
| BOBBY ROBINSON, | ) ) | |
| Defendant. | ) | |

## **MOTION FOR CONTINUANCE**

NOW COMES Defendant, Bobby Robinson, by his attorneys, William D. Stiehl and Connor L. Welby, and for his Motion for Continuance states as follows:

1. This matter is set for hearing on Monday, November 24, 2025, on the government's petition to revoke the supervised release of the Defendant Bobby Robinson.

2. On November 13, 2025, this Court entered an order authorizing the issuance of subpoenas to AT&T and to Boost Mobile for cell site location information, to be returned to this Court on November 24, 2025 at 9:00 a.m.

3. Upon issuance of those subpoenas, Defense Counsel immediately served the subpoenas on the cell phone companies.

4. Defense Counsel has attempted to determine the status of compliance with the subpoenas. Defense counsel was advised by AT&T on November 19, 2025 that compliance would take approximately ten (10) business days from November 19.

4911-2150-3099, v. 1

5.      Defense counsel has not been able to speak with a representative at Boost, but left an email message as instructed by a voice recording.

6.      Defense Counsel therefore does not believe that the information subpoenaed will be provided on November 24th.

7.      The telephone records subpoenaed are extremely important to the presentation of Defendant's defense and will assist in establishing Defendant's location at the time of the alleged battery charged in the petition to revoke.

8.      Moreover, Defense Counsel was just recently notified of the existence of a video recording of a statement given by a government witness; Defense Counsel received that video on the afternoon of November 18, 2025.

9.      Defendant and Defense Counsel believe that there will be an insufficient opportunity to prepare for the hearing if it is held on November 24th, and are not confident that the subpoenaed information will have been obtained from the cell phone companies by the time of the hearing.

10.     It is in the interest of judicial economy to continue the hearing from November 24th rather than having both parties appear on November 24th with their witnesses, only to find that the requested information has not been provided by the cell phone companies.

11.     Defense Counsel has conferred with Assistant U.S. Attorney Dan Kapsak, who has advised defense counsel that the Government has no objection to continuing the hearing from November 24th.

WHEREFORE, Defendant Bobby Robinson prays this Honorable Court to enter an order continuing the hearing from November 24, 2025 and rescheduling it for a date no less than 30 days from November 24, 2025 and for such other and further relief as this Court may deem just.

4911-2150-3099, v. 1

Respectfully submitted,

**MATHIS, MARIFIAN & RICHTER. LTD.**

By:    _/s/ William D. Stiehl_____
       William D. Stiehl #2736209
       23 Public Sq., Ste. 300
       Belleville, IL 62220
       PH: (618) 234-9800
       wstiehl@mmrltd.com
       *Attorney for Defendant,*

### Certificate of Service

I hereby certify that, on November 19, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Illinois by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                            /s/ William D. Stiehl Jr._____

4911-2150-3099, v. 1