IN THE UNITED SATES DISTRICT COURT<br>
FOR THE<br>
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2007-cr-30142-SMY |
| | ) | |
| BOBBY ROBINSON | ) | |
| | ) | |
| Defendants. | ) | |

## PROOF OF SERVICE

PLEASE TAKE NOTICE that on November 26, 2025, Defendant, Bobby Robinson, by and through his attorneys, William D. Stiehl and Connor L. Welby, served a copy of the Subpoena to Produce Documents, Information, or Objects in a Criminal Case directed to AT&T Corp. via email (gldc@att.com), fax (877-971-6093), and U.S. Certified Mail to AT&T Corp. On December 2, 2025, Defendant realized that the subpoena was not properly sealed or dated and requested a new one from the Court. The new and properly signed, sealed, and dated Subpoena to Produce Documents, Information, or Objects in a Criminal Case directed to AT&T Corp. was served on AT&T Corp. via email (gldc@att.com), fax (877-971-6093), and U.S. Certified Mail on December 2, 2025.

Respectfully submitted,

**MATHIS, MARIFIAN & RICHTER. LTD.**

By:  _/s/ William D. Stiehl_____
William D. Stiehl #2736209
Connor L. Welby #6350196
23 Public Sq., Ste. 300
Belleville, IL 62220
PH: (618) 234-9800
wstiehl@mmrltd.com
cwelby@mmrltd.com
*Attorneys for Defendant*

4898-2223-9102, v. 1

## <u>Certificate of Service</u>

I hereby certify that, on December 2, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Illinois by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ William D. Stiehl Jr.

4898-2223-9102, v. 1