**Notice of Appeal to a Court of Appeals from a Judgment of a District Court**

IN THE UNITED SATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2007-cr-30142-SMY |
| | ) | |
| BOBBY ROBINSON | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Bobby Robinson hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on January 29, 2026.

Respectfully submitted,

**MATHIS, MARIFIAN & RICHTER, LTD.**

By:   /s/ William D. Stiehl Jr.
William D. Stiehl, Jr., #2736209
Connor L. Welby, #6350196
23 Public Square, Suite 300
P. O. Box 307
Belleville, Illinois 62220
Ph: (618) 234-9800
Fax: (618) 234-9786
wstiehl@mmrltd.com
cwelby@mmrltd.com

*Attorneys for Defendant*

## <u>Certificate of Service</u>

I hereby certify that, on January 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ William D. Stiehl Jr.